WALTER KRAUS v. LORRAINE COAT COMPANY, INC.— Motion to dismiss appeal granted on condition that respondent stipulate that question of whether or not the order of arrest was properly granted is covered by the arbitration agreement.

If such stipulation be not given within five days from date of entry of order, motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.